IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| SCOTT ALAN COLLINSWORTH, 20295-078 § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:18cv83 |
| § | CRIMINAL ACTION NO. 4:12cr181(19) |
| UNITED STATES OF AMERICA § | |

## ORDER OF DISMISSAL

The above-entitled and numbered civil action was referred to United States Magistrate Judge Kimberly C. Priest Johnson, who issued a Report and Recommendation concluding that the motion to vacate, set aside, or correct sentence should be denied as time-barred, and the case be dismissed with prejudice. Movant filed objections.

In his objections, Movant merely reasserts the claims raised in his § 2255 motion and generally complains that the Court did not address the substance of his issues. When a movant is procedurally barred, as in this case, the Court does not have jurisdiction to consider the merits of the issues raised. *Barrientos v. United States*, 668 F.2d 838, 842 (5th Cir. 1982). Movant fails to show he is entitled to relief or that the Report and Recommendation was in error.

Having conducted a *de novo* review of Movant's objections, the Court concludes that the findings and conclusions of the Magistrate Judge are correct, and adopts the same as the findings and conclusions of the Court.

It is therefore **ORDERED** the motion to vacate, set aside, or correct sentence is **DENIED** and Movant's case is **DISMISSED** with prejudice. A certificate of appealability is **DENIED**. It is also **ORDERED** that all motions by either party not previously ruled on are hereby **DENIED**.

**SIGNED this 23rd day of March, 2021.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE